IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHERMAN HARRIS, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action File No. 1:16-CV-00995-WSD |
| vs. | : : | |
| STATEWIDE WRECKER SERVICE SOUTH, INC. and RONNIE C. FAUST, | : : : : : | |
| Defendants. | : | |

## ORDER

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* The Court has reviewed the Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the parties' dispute. Accordingly, the Parties' Joint Motion is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

1

**SO ORDERED** this 3rd day of January, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE